DELOST ET AL., APPELLANTS, *v.* FIRSTENERGY CORPORATION
ET AL.; OHIO EDISON COMPANY, APPELLEE.

[Cite as *Delost v. FirstEnergy Corp.*, 123
Ohio St.3d 113, 2009-Ohio-4305.]

(No. 2008–1329—Submitted July 14, 2009—Decided September 1, 2009.)

---

{¶ 1} The certified question is answered by our opinion in *Corrigan v. Illum. Co.*, 122 Ohio St.3d 265, 2009-Ohio-2524, 910 N.E.2d 1009, and the judgment of the court of appeals is affirmed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, and LANZINGER, JJ., concur.

PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

Raymond M. Delost and Jennifer Boyle Beck, for appellants.

Harrington, Hoppe & Mitchell, Ltd., and John T. Dellick, for appellee.

Reminger Co., L.P.A., Patrick Kasson, and Melvin Davis, urging affirmance for amici curiae Asplundh Tree Expert Co. and Nelson Tree Service, Inc.